```
SCOTT N. JOHNSON, ESQ., SBN 166952
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>            Plaintiff,<br><br>     vs.<br><br>Simplistic Computer Solutions, Inc.; Joyeland Properties<br><br>            Defendants | Case No. **2:07-cv-00532-LKK-EFB**<br><br>STAY OF LITIGATION AND REQUEST FOR EXTENSION OF TIME UNTIL MAY 14, 2007, TO ALLOW PARTIES TO EVLUATE CLAIMS AND TO ALLOW DEFENDANTS' TO RESPOND TO COMPLAINT |

    Pursuant to Local Rule 6-142, Plaintiff Scott N. Johnson in pro per, Defendant Simplistic Computer Solutions on its own behalf, and Joyeland Properties by and through its attorney Jacqueline deSouza, stipulate as follows:

       1. No extension of time has been previously obtained.

///

///

STIPULATION AND PROPOSED ORDER RE STAY OF LITIGATION AND EXTENSION OF TIME TO RESPOND TO COMPLAINT - 1

PDF created with pdfFactory trial version www.pdffactory.com

2. Defendants Simplistic Computer Solutions Inc and Joyeland Properties have requested a stay of litigation in order to investigate, evaluate, and, if possible, resolve Plaintiff's claims.

3. Plaintiff Scott N. Johnson is willing to agree to a limited stay until May 14, 2007.

4. Wherefore, the parties stipulate that litigation in this case will be stayed until May 14, 2007; Defendants' responsive pleadings shall be filed no later than May 14, 2007. Should the case not be resolved by May 14, 2007, the parties shall promptly take all steps to comply with the Court's scheduling order. The parties do not stipulate or request that any Court-ordered dates be changed.

IT IS SO STIPULATED:

Dated:  April 10, 2007                  __/s/_____

                                        Jacqueline deSouza,
                                        Attorney for Defendant
                                        Joyeland Properties

///

///

STIPULATION AND PROPOSED ORDER RE STAY OF LITIGATION AND EXTENSION OF TIME TO RESPOND TO COMPLAINT - 2

PDF created with pdfFactory trial version www.pdffactory.com

```
Dated:  April 10, 2007            /s/ Kent Calloway

                                  Kent Calloway for
                                  Defendant Simplistic
                                  Computer Solutions, Inc.


Dated:   April ___, 2007          /s/Scott N. Johnson

                                  Scott N. Johnson,
                                  Plaintiff, In Pro Per
```

Good cause having been found, this Court Orders that litigation in this action be stayed until May 14, 2007. Defendants' responsive pleadings shall be filed no later than May 14, 2007. The Court's scheduling order, including its initial Status Conference scheduled for May 29, 2007, at 3 p.m. remains on calendar.

IT IS SO ORDERED:

DATED:  April 11, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com